Entered on Docket April 15, 2020

**Below is the Order of the Court.**


_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Bankruptcy Case No. 15-15924-MLB |
| RONALD EDGAR HOWELL | |
| DEE LORENE SHISHIDO | |
| Debtors. | |
| _____ | |
| RONALD EDGAR HOWELL | Adv. Proc. No. 15-01383-MLB |
| DEE LORENE SHISHIDO | |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| NOR-MARK CAPITAL L.L.C. | |
| Defendant. | |

On December 18, 2015, the Court entered an Ex Parte Default Judgment Against Defendant Nor-Mark Capital L.L.C. [AP Dkt. 10], providing that upon entry of a discharge in debtors' Chapter 13 case, the deeds of trust in favor of Nor-Mark Capital L.L.C. encumbering the debtors' residential real property located at 31707 West Lake Ketchum Road, Stanwood, Washington 98292 (the "Liens"), shall be voided for all purposes, and upon application of the

Judgment - 1

Cawood K. Bebout WSBA #34904
1023 S. 3rd St., Mount Vernon, WA 98273
Office (360) 419-3196; Fax (360) 336-1962
bebout@fidalgo.net

debtors, the court will enter an appropriate form of judgment voiding the Liens. A discharge was entered in the debtors' Chapter 13 case on March 26, 2020 [Dkt. 43]. Debtors have applied for the entry of an appropriate form of judgment voiding the Liens.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The two deeds of trust in favor of Nor-Mark Capital L.L.C. recorded under Snohomish County Auditor Document Nos. 200606160011 and 200606190322, encumbering the debtors' residential real property located at 31707 West Lake Ketchum Road, Stanwood, Washington 98292, which is more fully described as follows:

> LAKE KETCHUM RECREATION TR DIV 1 BLK 000 D-00 - LOT21
> APN: 00-4901-000-021-00

are voided for all purposes.

2. Debtors may record a copy of this Order with the Auditor of Snohomish County, State of Washington, to clear title.

**///END OF ORDER///**

Presented by:

/s/Cawood K. Bebout
Cawood K. Bebout, WSBA #34904
Attorney for Debtors

Judgment - 2

Cawood K. Bebout WSBA #34904
1023 S. 3rd St., Mount Vernon, WA 98273
Office (360) 419-3196; Fax (360) 336-1962
bebout@fidalgo.net